AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

EDWARDO DAVID CALDERA

Case No. 17CR2273-JLS

ORDER ON MOTION FOR
SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 111), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS HEREBY ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

The Court finds that Defendant has failed to establish an extraordinary and compelling basis for relief under Section 3582(c)(1)(A)(i). Defendant is 21 years of age and has no underlying health conditions placing him at particular risk of severe consequences from COVID-19. Although Defendant maintains that conditions at FDC SeaTac increase his risk of catching COVID-19, the "mere existence of COVID-19 in society and the possibility that it may spread to a particular prison alone cannot independently justify compassionate release, especially considering BOP's statutory role, and its extensive and professional efforts to curtail the virus's spread." *United States v. Raia*, 954 F.3d 594, 597 (3rd Cir. 2020). It appears that the Bureau of Prisons and the SeaTac institution

have undertaken considerable measures to control the coronavirus[1] and inmate vaccinations are currently underway. Given these circumstances, the Court is not persuaded that Defendant has demonstrated and extraordinary and compelling basis for compassionate release.

Accordingly, Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i) is DENIED.

IT IS SO ORDERED.

Dated: March 19, 2021

Hon. Janis L. Sammartino
United States District Judge

---

[1] When Defendant filed his motion, he indicated that there were 166 active inmate cases of COVID-19 and eight active staff cases at the institution. Currently at FDC SeaTac, there is only one active inmate case and eight active staff cases. In total, 223 inmates have recovered from the virus and there have been no fatalities. Federal Bureau of Prisons, "COVID-19 Coronavirus," https://www.bop.gov/coronavirus/ (last accessed March 16, 2021).